I Commitee v. Bureau of Special Education Appeals of the Massachusetts Department of Education, and Pat

Case Number: 1:05-cv-10922

Thomas J. Nuttall
Sullivan and Nuttal, P.C.
1020 Plain Street
Suite 270
Marshfield, MA 02050
|||..||.|||..|.|.||....||.|

 

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

SARAH A. THORNTON
CLERK OF COURT

DATE:

TO: **THOMAS J. NUTTALL**

In Re: ☐ Request for Certificate of Good Standing

☐ Electronic Case Filing Registration

☐ CM/ECF Database Review

☒ Recent Filing in Case No. **1:05-CV-10922**

Dear Sir or Madam:

Please be advised that our records indicate that you have not re-registered to continue your admission or have never been admitted in this court and, as a result, you have been placed on inactive status. See attached notice.

Kindly complete the enclosed attorney re-registration form and forward it to this office with the appropriate proof of admission and, if applicable, the $25.00 re-registration fee. Once your admission is verified, your record will be updated and you will be returned to active status. If you have never been admitted you must apply for admission by following the instructions on our web page.

If you have previously submitted this information to the court, please provide copies of those documents.

Further details can be found on our web site at www.mad.uscourts.gov under Attorney Information.

Sincerely,

Judith A. Litwin
CJA Analyst/Bar Admissions Clerk

By: *Elizabeth E. Elefther*
    Deputy Clerk
    617.748.4073

attyre-regletter.wpd - 3/7/05

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Tony Anastas
Clerk of Court

Office of the Clerk
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

April 2, 2004

### NOTICE TO ALL MEMBERS OF THE BAR FOR THE
### UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS

### *ATTORNEY RE-REGISTRATION UPDATE*

From February 2003 through March 31, 2004 all admitted members of the Bar of the United States District Court for the District of Massachusetts were required to complete and submit an attorney re-registration form to the Clerk of Court to continue as active members of our bar. A $25.00 re-registration fee was required for all attorneys admitted prior to January 1, 2001. Public notice of this requirement was provided through Massachusetts Lawyers Weekly, postings on the Court's web page and notices mailed to attorneys. Those attorneys who have properly re-registered for attorney admissions are now included on the roll of active attorneys admitted to practice in the District of Massachusetts. Active status in the District Court is required for practice in both the U.S. District Court and in the U.S. Bankruptcy Court for the District of Massachusetts.

As of April 1, 2004, previously admitted attorneys who have not re-registered for attorney admission to our bar will be considered inactive and will not be allowed to practice in this Court. Beginning April 1, 2004, counsel who have not properly re-registered to continue their admission and who seek to practice before this Court will be required to either (1) complete the re-registration form and file proof of previous admission to this Court along with the $25.00 fee, or (2) reapply for general admission in accordance with Rule 83.5.1 of the Local Rules of the District of Massachusetts and pay the appropriate fee, or (3) file a motion for leave to appear pro hac vice in accordance with LR 83.5.3, along with the $50.00 fee.

Information and forms for attorney admission are available on the Court's web site at www.mad.uscourts.gov.

TONY ANASTAS
CLERK OF COURT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(www.mad.uscourts.gov)

## ATTORNEY RE-REGISTRATION FORM

*Please type or print legibly*

NAME: _____
    (Last)          (Generation)          (First)          (Middle Initial)

*If admitted to the Massachusetts State Bar or the United States District Court Bar under a different name, please indicate below:*

_____
(Last)          (Generation)          (First)          (Middle Initial)

DATE OF BIRTH: _____    SSN#: _____

Law Firm: _____
Building/Suite: _____
Street Address: _____
City, State, ZIP: _____
Telephone: _____    Fax: _____
E-Mail: _____

DATE ADMITTED TO THE DISTRICT OF MASSACHUSETTS FEDERAL BAR: _____

DATE ADMITTED TO THE MASSACHUSETTS STATE BAR: _____    BBO#_____

CURRENT STATUS WITH THE MASSACHUSETTS STATE BAR:    Active    Suspended    Disbarred    In-Active

If your status is "suspended", what is your anticipated date of reinstatement to the bar: _____

I hereby certify that; **(1)** I am currently in good standing as an attorney admitted to practice before the Supreme Judicial Court of Massachusetts [unless indicated otherwise in the current status section above] **(2)** I am familiar with the Local Rules of this District, and **(3)** the information contained in this application is true and correct.

SIGNATURE: _____    DATE: _____

**ATTORNEYS ADMITTED PRIOR TO 2001 SHOULD MAIL OR HAND DELIVER THIS FORM TOGETHER WITH A $25.00 CHECK OR MONEY ORDER MADE PAYABLE TO "CLERK, UNITED STATES DISTRICT COURT":**

Clerk, United States District Court
Attn: Attorney Re-registration
John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

**Fee waived for attorneys admitted after January 1, 2001**

Clerk's Office Use Only

| Date received: | $25.00 fee receipted: | Admission verified: | Record updated: |
|---|---|---|---|
|  |  |  |  |