UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10922-NMG

MANCHESTER-ESSEX REGIONAL SCHOOL COMMITTEE,

　　　　　Plaintiff,

v.

BUREAU OF SPECIAL EDUCATION APPEALS OF THE MASSACHUSETTS DEPARTMENT OF EDUCATION, MASSACHUSETTS DEPARTMENT OF EDUCATION, AND PATRICIA SPELLMAN, AS PARENT AND NEXT FRIEND OF DANIELLE T.,

　　　　　Defendants.

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as counsel for the state defendants (Bureau of Special Education Appeals of the Massachusetts Department of Education, and Massachusetts Department of Education).

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Amy Spector, BBO No. 557611
Assistant Attorney General
One Ashburton Place, Room 2019
Government Bureau
Boston, Massachusetts 02108-1698
(617) 727-2200, ext. 2076

Date: July 5, 2005