UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANCHESTER-ESSEX REGIONAL SCHOOL DISTRICT SCHOOL COMMITTEE,<br>    Plaintiff,<br>v.<br><br>BUREAU OF SPECIAL EDUCATION APPEALS of the MASS. DEPT. OF EDUCATION; MASS. DEPT. OF EDUCATION; PATRICIA SPELLMAN, PPA, DANIELLE TULLERCASH<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  05:10922 NMG<br>)<br>)<br>)<br>)<br>) |

To the Clerk of Courts:

    Please notice my appearance for the Defendant, Patricia Spellman.

                              Respectfully submitted,

                              _____
                              Sharon D. Meyers, Esq.
                              BBO#344680
                              MEYERS, WELCH, & KOILES
                              30 Federal Street, Suite 200
                              Salem, MA 01970
                              (978) 745-0575

Dated: June 30, 2005