UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANCHESTER-ESSEX REGIONAL SCHOOL DISTRICT SCHOOL COMMITTEE,<br>Plaintiff,<br><br>v.<br><br>BUREAU OF SPECIAL EDUCATION APPEALS OF THE MASS. DEPT. OF EDUCATION; MASS. DEPT. OF EDUCATION; PATRICIA SPELLMAN, PPA DANIELLE TULLERCASH,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>) 05:10922 NMG<br>)<br>)<br>)<br>)<br>)<br>) |

Now comes Patricia Spellman, mother and next friend of Danielle Tullercash, and responds as follows:

<u>Jurisdiction</u>

1. Defendant Spellman neither admits or denies the allegations contained in paragraph one, and states that there is concurrent jurisdiction of this matter in the Massachusetts Superior Court.

<u>Parties</u>

2. Defendant Spellman has insufficient information to either admit or deny the allegations contained in paragraph two.

3. Defendant Spellman has insufficient information to either admit or deny the allegations contained in paragraph three.

4. Defendant Spellman has insufficient information to either admit or deny the allegations contained in paragraph four

5. Defendant Spellman admits the allegations contained in paragraph five.

6. Defendant Spellman admits the allegations contained in paragraph six.

7. Defendant Spellman admits only so much of paragraph seven as states: "on or about June 8, 2005, the Defendant, Patricia Spellman, in her capacity as the Parent and Next Friend of the student, partially rejected the IEP, seeking the addition of services through a particular service provider" only.

(sic) Defendant Spellman admits the allegations contained in paragraph seven.

8. Defendant Spellman admits the allegations contained in paragraph eight.

9. Defendant Spellman denies the allegations contained in paragraph nine and calls on Plaintiff to prove the same.

Wherefore, Defendant Patricia Spellman requests this court to Dismiss the within action and award her attorneys fees, court costs and fees.

Respectfully submitted,

PATRICIA SPELLMAN, ppa

DANIELLE TULLERCASH

By her attorney,

_____
Sharon D. Meyers, Esq.
BBO#344680
MEYERS, WELCH, & KOILES
30 Federal Street, Suite 200
Salem, MA  01970
(978) 745-0575

I hereby certify that a true copy of the above document was served upon each party appearing pro se and/or the attorney of record for each other party by first class mail, or by hand, or by facsimile.

_____
Dated: June 30, 2005

2