UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10922-NMG

MANCHESTER-ESSEX REGIONAL SCHOOL
COMMITTEE,

Plaintiff,

v.

BUREAU OF SPECIAL EDUCATION APPEALS
OF THE MASSACHUSETTS DEPARTMENT OF
EDUCATION, MASSACHUSETTS
DEPARTMENT OF EDUCATION, AND
PATRICIA SPELLMAN, AS PARENT AND
NEXT FRIEND OF DANIELLE T.,

Defendants.

## ANSWER

As their Answer to the Complaint, defendants Bureau of Special Education Appeals of the Massachusetts Department of Education, and Massachusetts Department of Education (collectively referred to as "State Defendants") state that they will file a certified copy of the record of administrative proceedings before the Massachusetts Bureau of Special Education Appeals ("BSEA") in <u>Manchester-Essex Regional School District</u> (BSEA # 04-5309). In further answer, the State Defendants respond as follows:

1. The allegations of paragraph 1 characterize the nature of the action and accordingly require no response.

2. State Defendants admit that plaintiff is the Manchester-Essex Regional School District School Committee ("Manhester-Essex"); State Defendants make no response to the allegation

that plaintiff is a body politic and corporate, as that allegation is a legal conclusion which requires no response; and State Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations concerning plaintiff's address.

3. State Defendants admit the allegations of paragraph 3.

4. State Defendants admit the allegations of paragraph 4.

5. State Defendants admit the allegations of paragraph 5.

6. State Defendants admit that Manchester-Essex provided an Individualized Education Program ("IEP") for the student, as found in the BSEA Decision in Manchester-Essex Regional School District (BSEA # 04-5309) ("BSEA Decision"), and State Defendants refer to the BSEA Decision and the record of administrative proceedings with respect to the allegations concerning the date that the IEP was developed and the nature of the services provided by the IEP.

7. In response to the allegations in paragraph 7, State Defendants refer to the BSEA Decision and the record of administrative proceedings.

8. State Defendants admit that the BSEA issued a Decision in Manchester-Essex Regional School District (BSEA # 04-5309) and that the Decision is dated April 4, 2005; State Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegation concerning the date on which plaintiff received the Decision; and, in response to the allegation concerning what relief the BSEA ordered in the Decision, State Defendants refer to the Decision itself. In addition, State Defendants admit that the document attached as Exhibit A to the Complaint appears to be an accurate copy of the BSEA Decision.

9. The allegations in paragraph 9 are legal conclusions to which no response is required but, to the extent that any response is required, State Defendants deny the allegations.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Amy Spector

Amy Spector, BBO No. 557611
Assistant Attorney General
One Ashburton Place, Room 2019
Government Bureau
Boston, Massachusetts 02108-1698
(617) 727-2200, ext. 2076

Date:   July 7, 2005

### Certificate of Service

I, Amy Spector, certify that I served a copy of the attached Answer upon the parties this 7th day of July, 2005, by mailing a copy of the Answer by first-class mail, postage pre-paid, to Thomas J. Nuttall, Esq., Sullivan & Nuttall, P.C., 1020 Plain Street, Suite 270, Marshfield, MA 02050; Sharon Meyers, Esq., Meyers, Welch and Koiles, 30 Federal Street, Suite 200, Salem, MA 01790; and Matthew Maurer, Esq., 14 New England Executive Park, Suite 100, Burlington, MA 01803.

/s/ Amy Spector