# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

Manchester-Essex Regional School
District School Committee
         V.
Bureau of Special Education Appeals of the
Mass. Dept. of Education; Mass. Dept. of Education;
Patricia Spellman, PPA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 10922 NMG

TO: (Name and address of Defendant)

    Bureau of Special Education Appeals
    of the Mass. Dept. of Education
    350 Main Street
    Malden, Massachusetts 02148

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Thomas J. Nuttall, Esq.
    Sullivan & Nuttall, P.C.
    1020 Plain Street, Suite 270
    Marshfield, Massachusetts 02050

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  MAY - 4 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Ser

NAME OF SE

Check o

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

June 21, 2005

I hereby certify and return that on 6/17/2005 at 10:40AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET AND EXHIBITS in this action in the following manner: To wit, by delivering in hand to KATHY LEBLANC, agent, person in charge at the time of service for BUREAU OF SPECIAL EDUCATION APPEALS, at OF THE MASS. DEPT. OF EDUCATION, 350 MAIN STREET, MALDEN, MA 02148. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($3.20) Total Charges $40.70

*Lawrence McMahon*

Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.