# UNITED STATES DISTRICT COURT

Eastern                    District of    Massachusetts

Manchester-Essex Regional School District
School Committee
              V.

Bureau of Special Education Appeals of the
Mass. Dept. of Education; Mass. Dept. of Education;
Patricia Spellman, PPA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 10922 NMG

TO: (Name and address of Defendant)

    Massachusetts Department of Education
    350 Main Street
    Malden, Massachusetts 02148

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Thomas J. Nuttall, Esq.
    Sullivan & Nuttall, P.C.
    1020 Plain Street, Suite 270
    Marshfield, Massachusetts 02050

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                 MAY 4 2005

CLERK                                                     DATE

(By) DEPUTY CLERK

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

June 21, 2005

I hereby certify and return that on 6/17/2005 at 10:40AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET AND EXHIBITS in this action in the following manner: To wit, by delivering in hand to KATHY LEBLANC, agent, person in charge at the time of service for MASSACHUSETTS DEPARTMENT OF EDUCATION, at , 350 MAIN STREET, MALDEN, MA 02148. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($3.20) Total Charges $39.70

*Laurence McMahon*
Deputy Sheriff

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date            Signature of Server

                              _____
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.