# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Massachusetts

Manchester-Essex Regional School District
School Committee
             V.

Bureau of Special Education Appeals of the
Mass. Dept. of Education; Mass. Dept. of Education;
Patricia Spellman, PPA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 10922 NMG**

TO: (Name and address of Defendant)

    Patricia Spellman, PPA
    27 John Wise Ave
    Essex, Massachusetts 01929

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Thomas J. Nuttall, Esq.
    Sullivan & Nuttall, P.C.
    1020 Plain Street, Suite 270
    Marshfield, Massachusetts 02050

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE     MAY - 4 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.

June 20, 2005

I hereby certify and return that on 6/16/2005 at 10:52AM I served a true and attested copy of the summons and complaint, civil action cover sheet, local category sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Patricia Spellman PPA, 27 John Wise Avenue, Essex, MA, and by mailing 1st class to the above address on 6/16/2005. Basic Service Fee ($20.00), Conveyance ($3.00), Travel ($14.40), Postage and Handling ($3.00), Copies ($10.00) Total Charges $50.40

Deputy Sheriff Gary Fidrych                                                                 Deputy Sheriff

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.