FILED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 DEC 13 P 3:21

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| MANCHESTER ESSEX REGIONAL SCHOOL )<br>DISTRICT SCHOOL COMMITTEE )<br>Plaintiff )<br> )<br>v. )<br> )<br> )<br> )<br> )<br>BUREAU OF SPECIAL EDUCATION )<br>APPEALS of the MASSACHUSETTS )<br>DEPARTMENT OF EDUCATION, )<br>MASSACHUSETTS DEPARTMENT )<br>OF EDUCATION, and PATRICIA SPELLMAN )<br>as Parents and Next Friend of D.T. )<br>Defendants )<br> ) | Civil Action No.<br>05-10922-NMG |

**JOINT STATEMENT PURSUANT TO RULE 16(b) OF THE FEDERAL
RULES OF CIVIL PROCEDURE AND RULE 16.1 OF THE LOCAL RULES**

I.  **POSITION OF THE PARTIES**

   A.  Position of the Plaintiff, Manchester Essex Regional District School
       Committee

This is a case in which the Manchester Essex Regional School Committee seeks

judicial review pursuant to 20 U.S.C.§1415(1)(2) of a final decision issued by the Bureau

of Special Education Appeals of the Massachusetts Department of Education. It is the

position of the Plaintiff, Manchester Essex Regional School Committee, that the decision

is contrary to law, unsupported by the weight of the evidence and contained significant

errors. Those errors include, but are not limited to, the Hearing Officer's ordering an

unapproved and unaccredited program called Active Healing. The parties stipulated that

the program in dispute was not a Chapter 766 approved provider, that the provider has no

degree or certification in any field related to special education, physical, occupational or speech therapy, or any other education, health or rehabilitation field. The parties further stipulated that Active Healing is not licensed or accredited by any other agency to deliver health or rehabilitation services. The parent produced no credible evidence demonstrating any "effective results" or "demonstrable improvement" in the student's educational performance as a result of her enrollment in Active Healing. In light of the lack of evidence of the appropriateness of the program, the Hearing Officer's ordering of such a program, is a significant error and warrants appeal.

B. Position of the Defendant, Patricia Spellman

It is the position of the Defendant that the program that the student attended, Active Healing is the same program attended by the student from Kindergarten (1998) through 5th grade, as her summer program. This program was paid for and supported by the School District. During first, second and part of third grade, at initiation of the School District, the program was brought into the school for the child during the school year. The School District summarily terminated the program in the middle of third grade, and the child experienced immediate regression. The Defendant requested twelve week review process to determine if the therapeutic setting resulted in improvement in the student. This action resulted in mediations and a hearing, which lead to the Bureau of Special Education Appeals, and the Defendant would request that the court find that the evidence in the records is consistent with both state and federal law.

   C. Position of the State Defendants, Bureau of Special Education Appeals and Massachusetts Department of Education

It is the position of defendants Bureau of Special Education Appeals ("BSEA") and the Massachusetts Department of Education ("DOE") that the BSEA decision in *Manchester-Essex Regional School District* (BSEA No. 04-5309), which is the subject of this action for judicial review, is supported by evidence in the record and is consistent with both state and federal law.

## II. DISCOVERY PLAN

The parties do not anticipate any discovery.

## III. PROPOSED SCHEDULE FOR THE FILING OF MOTIONS

The parties propose that the administrative appeal should be resolved through a motion for judgment on the pleadings.

   Plaintiff's Motion for Judgment on the Pleadings/Summary Judgment to be filed by March 1, 2006;

   Oppositions to Plaintiff's Motion for Judgment on the Pleadings/Summary Judgment to be filed thirty (30) days after service;

## IV. CERTIFICATIONS

Manchester Essex Regional District School Committee

(to be filed directly with court)

Patricia Spellman

(to be filed directly with court)

Massachusetts Department of Education

(to be filed directly with the court)

Respectfully submitted,

| Plaintiff | Defendant |
|---|---|
| Manchester Essex Regional School District | Patricia Spellman |
| By its attorneys, | By her attorney, |
| SULLIVAN & NUTTALL, P.C. | MEYERS & WELCH |
| *Thomas J. Nuttall* (aw) | *Sharon Meyers* (aw) |
| Thomas J. Nuttall | Sharon Meyers |
| BBO No.: 557273 | BBO No.: 344680 |
| 1020 Plain Street, Suite 270 | 30 Federal Street, Suite 200 |
| Marshfield, MA 02050 | Salem, MA |
| (781) 837-7428 | 978-745-0575 |

Defendants,

Massachusetts Department of
Education and Bureau of Special Education Appeals

By its attorney,

OFFICE OF THE ATTORNEY GENERAL

*Amy Spector* (aw)
Amy Spector
BBO No.: 557611
Assistant Attorney General
One Ashburton Place
Boston, MA 02108-1598
(617) 727-2200 x3373