UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 DEC 21 P 2: 32

CIVIL ACTION
NO. 05-10922-NMG

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

MANCHESTER-ESSEX REGIONAL SCHOOL COMMITTEE,

　　　　　　Plaintiff,

v.

BUREAU OF SPECIAL EDUCATION APPEALS OF THE MASSACHUSETTS DEPARTMENT OF EDUCATION, MASSACHUSETTS DEPARTMENT OF EDUCATION, AND PATRICIA SPELLMAN, AS PARENT AND NEXT FRIEND OF DANIELLE T.,

　　　　　　Defendants.

---

## STATE DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D)(3), we certify that we have conferred concerning the following matters:

(a) the costs of conducting full litigation or alternative dispute resolution programs; and

(b) the resolution of the litigation through the use of alternative dispute resolution programs.

Counsel for State Defendants:

_/s/ Amy Spector_
Amy Spector, BBO # 557611
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Rm. 2019
Boston, MA  02108
(617) 727-2200, ext. 3373

State Defendants' Authorized Representative

_/s/ Reese Erlichman_
Reese Erlichman, Interim Director
Bureau of Special Education Appeals
Department of Education
311 Main Street
Malden, MA
(781) 338-6441

Date:   December 9, 2005