UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANCHESTER-ESSEX REGIONAL DISTRICT SCHOOL COMMITTEE,<br>    Plaintiff,<br><br>v.<br><br>BUREAU OF SPECIAL EDUCATION APPEALS OF THE MASS. DEPT. OF EDUCATION; MASS. DEPT. OF EDUCATION; PATRICIA SPELLMAN, PPA DANIELLE TULLERCASH,<br>    Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No.<br>)  05:10922 NMG<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT PATRICIA SPELLMAN'S, PPA DANIELLE TULLERCASH,
CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to Local Rule 16.1(D)(3), we certify that we have conferred concerning the following matters:

(a) the costs of conducting full litigation or alternative dispute resolution programs; and

(b) the resolution of the litigation through the use of alternative dispute resolution programs.

Counsel for Defendant
PATRICIA SPELLMAN, ppa
DANIELLE TULLERCASH

/s/ Sharon D. Meyers
Sharon D. Meyers, Esq.
BBO#344680
MEYERS & WELCH
30 Federal Street, Suite 200
Salem, MA 01970
978-745-0575

Dated: 1/19/06

PATRICIA SPELLMAN, ppa
DANIELLE TULLERCASH

/s/ Patricia Spellman
Patricia Spellman
27 John Wise Avenue
Essex, MA 01929

1