UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANCHESTER ESSEX REGIONAL SCHOOL )<br>DISTRICT SCHOOL COMMITTEE )<br>Plaintiff )<br> )<br>v. )<br> )<br> )<br> )<br> )<br>BUREAU OF SPECIAL EDUCATION )<br>APPEALS of the MASSACHUSETTS )<br>DEPARTMENT OF EDUCATION, )<br>MASSACHUSETTS DEPARTMENT )<br>OF EDUCATION, and PATRICIA SPELLMAN )<br>as Parent and Next Friend of D.T. )<br>Defendants )<br> ) | Civil Action No.<br>05-10922-NMG |

## NOTICE OF FILING WITH THE CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Administrative Record; and

2. Record Transcripts, Volumes I and II

The original documents are maintained in the case file in the Clerk's Office.

Date: February 28, 2006                          Respectfully submitted,

The Plaintiff,

Manchester Essex Regional School District

By its attorneys,

SULLIVAN & NUTTALL, P.C.

*/s/ Thomas J. Nuttall*
_____
Thomas J. Nuttall
BBO No.: 546940
1020 Plain Street, Suite 270
Marshfield, MA  02050
(781) 837-7428

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

Date: February 28, 2006            */s/Thomas J. Nuttall*
                                   _____
                                   Thomas J. Nuttall