UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10922-NMG

MANCHESTER-ESSEX REGIONAL SCHOOL
COMMITTEE,

                Plaintiff,

        v.

BUREAU OF SPECIAL EDUCATION APPEALS
OF THE MASSACHUSETTS DEPARTMENT OF
EDUCATION, MASSACHUSETTS
DEPARTMENT OF EDUCATION, AND
PATRICIA SPELLMAN, AS PARENT AND
NEXT FRIEND OF DANIELLE T.,

                Defendants.

## NOTICE OF FILING

Defendants Bureau of Special Education Appeals of the Massachusetts Department of Education, and the Massachusetts Department of Education, hereby give notice of the filing of the Transcript Volumes of the Administrative Record (two separately bound, multi-page documents) in paper form only.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL

        /s/ Amy Spector
        Amy Spector, BBO No. 557611
        Assistant Attorney General
        One Ashburton Place
        Government Bureau
        Boston, Massachusetts 02108-1698
        (617) 727-2200, ext. 2076

Dated: March 10, 2006

CERTIFICATE OF SERVICE

    I hereby certify that the above Notice of Filing will be served on March 10, 2006, by electronic notice for registered counsel and a copy will be served by first-class mail, postage pre-paid, for non-registered counsel.

        /s/ Amy Spector
        Amy Spector
        Assistant Attorney General