# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10922-NMG

MANCHESTER-ESSEX REGIONAL SCHOOL COMMITTEE,

    Plaintiff,

v.

BUREAU OF SPECIAL EDUCATION APPEALS OF THE MASSACHUSETTS DEPARTMENT OF EDUCATION, MASSACHUSETTS DEPARTMENT OF EDUCATION, AND PATRICIA SPELLMAN, AS PARENT AND NEXT FRIEND OF DANIELLE T.,

    Defendants.

## STIPULATION

The parties hereby stipulate that the two volumes of transcripts of the hearing before the Massachusetts Department of Education, Bureau of Special Education Appeals, in <u>Danielle Tullercash v. Manchester Public Schools</u> (BSEA No. 04-5309), prepared by the stenographer retained by plaintiff Manchester-Essex Regional School Committee (and subject to the minor corrections made by the BSEA Hearing Officer, following her review of the transcript) constitute the official transcripts of the BSEA hearing. The transcripts are being filed with the Court by the state defendants as part of the Administrative Record in this case.

| | |
|---|---|
| | Respectfully submitted, |
| Plaintiff Manchester-Essex School Committee | Defendants Bureau of Special Education Appeals and Massachusetts Department of Education, |
| By its attorney, | By their attorneys, |
| | THOMAS F. REILLY<br>ATTORNEY GENERAL |
| /s/ Thomas J. Nuttall<br>Thomas J. Nuttall, BBO # 546940<br>Sullivan & Nuttall<br>1020 Plain Street, Suite 270<br>Marshfield, MA  02050<br>(781) 837-7428 | /s/ Amy Spector<br>Amy Spector, BBO # 557611<br>Assistant Attorney General<br>Government Bureau<br>One Ashburton Place<br>Boston, Massachusetts  02108<br>(617) 727-2200, ext. 2076 |
| | Defendant Patricia Spellman: |
| | By her attorney, |
| | /s/ Sharon D. Meyers<br>Sharon D. Meyers, BBO # 344680<br>Meyers & Welch<br>70 Washington Street, Suite 402<br>Salem, MA  01970<br>(978) 745-0575 |

Dated:  March 10, 2006