UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10922-NMG

MANCHESTER-ESSEX REGIONAL SCHOOL COMMITTEE,

Plaintiff,

v.

BUREAU OF SPECIAL EDUCATION APPEALS OF THE MASSACHUSETTS DEPARTMENT OF EDUCATION, MASSACHUSETTS DEPARTMENT OF EDUCATION, AND PATRICIA SPELLMAN, AS PARENT AND NEXT FRIEND OF DANIELLE T.,

Defendants.

## STATE DEFENDANTS' MOTION TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.1, defendants Bureau of Special Education Appeals of the Massachusetts Department of Education, and Massachusetts Department of Education (collectively referred to as "the Department") respectfully move to extend their time to submit an opposition to the motion of plaintiff Manchester-Essex Regional School Committee for summary judgment, for a period of one week, to April 7, 2006. The grounds for the motion are set forth below.

The Court issued a Scheduling Notice on January 9, 2006, directing Manchester-Essex to file its motion for summary judgment by February 28, 2006, and directing the defendant Department and defendant Patricia Spellman to file their oppositions to summary judgment by

March 31, 2006. The Department seeks a one-week extension of time to file its opposition to Manchester-Essex's motion for summary judgment, on the grounds that the undersigned counsel for the Department was out of the office for several days during March, has had to prepare pleadings in a number of other cases, and requires additional time to do the legal research necessary to prepare a memorandum in opposition in this case. Counsel for plaintiff Manchester-Essex and counsel for defendant Patricia Spellman do not oppose this motion for an extension.

The Department thus respectfully requests that the Court enlarge the Department's time to file a memorandum in opposition to Manchester-Essex's motion for summary judgment, to and including April 7, 2006.

> Respectfully submitted,
>
> THOMAS F. REILLY
> ATTORNEY GENERAL
>
> /s/Amy Spector
> Amy Spector, BBO No. 557611
> Assistant Attorney General
> Government Bureau
> One Ashburton Place
> Boston, Massachusetts 02108
> (617) 727-2200, ext. 2076

Dated:  March 29, 2006

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

      I certify that I have conferred with counsel for plaintiff Manchester-Essex Regional School Committee and counsel for defendant Patricia Spellman prior to the filing of this motion, and both counsel do not oppose this motion.

      /s/ Amy Spector
      Amy Spector
      Assistant Attorney General

## CERTIFICATE OF SERVICE

      I hereby certify that the above Motion will be served on March 29, 2006, by electronic notice for registered counsel and a copy will be served by first-class mail, postage pre-paid, for non-registered counsel.

      /s/ Amy Spector
      Amy Spector
      Assistant Attorney General