

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

April 7, 2006

Sarah Thornton, Clerk
U. S. District Court
One Courthouse Way, 2nd Floor
Boston, MA. 02210

    Re:    *Manchester-Essex Regional School Committee v. Bureau of Special Education Appeals, et. al., United States District Court, No. 05-10922-NMG*

Dear Ms. Thornton:

    I represent the defendants Bureau of Special Education Appeals of the Massachusetts Department of Education, and Massachusetts Department of Education (collectively referred to as "the Department"), in this action under the Individuals With Disabilities Education Act, in which plaintiff Manchester-Essex Regional School Committee challenges a decision issued by the Department's Bureau of Special Education Appeals. I am writing to inform the Court that the Department has determined that it will not be filing a pleading in response to the summary judgment motion filed by plaintiff Manchester-Essex Regional School Committee.

                                   Very truly yours,

                                   /s/Amy Spector
                                   Amy Spector
                                   Assistant Attorney General
                                   (617) 727-2200, ext. 2076
                                   BBO # 557611

cc:    Thomas J. Nuttall, Esq.
        Sharon Meyers, Esq.
        Reece Erlichman, Esq. (BSEA)