UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 APR -7  P 1: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

MANCHESTER-ESSEX REGIONAL SCHOOL    )
COMMITTEE,                          )
                Plaintiff,          )
                                    )
v.                                  )    CIVIL ACTION NO.
                                    )    05-10922-NMG
BUREAU OF SPECIAL EDUCATION APPEALS )
OF THE MASSACHUSETTS DEPARTMENT     )
OF EDUCATION, MASSACHUSETTS         )
DEPARTMENT OF EDUCATION, and PATRICIA)
SPELLMAN, as Parent and Next Friend of D.T.  )
                Defendants,         )

## DEFENDANT PATRICIA SPELLMAN, as parent and Next Friend of D.T.SUPPLEMENTAL STATEMENT OF FACTS

Now comes the Defendant, Patricia Spellman, pursuant to Local Rule 56.1, and states

that the following facts are not in dispute:

1. Jane Clark, D.T.'s liaison, testified that although the patterning and sensory motor

   type activities had decreased during D.T. third and fourth grade year.

   Administrative Record, Volume One, at page 40 (hereinafter "A.R. 1, p.  ")

2. Ms. Clark supported D.T. attending Active Healing and stated "I supported her

   going out there out of frustration for lack of any other program that was

   acceptable. She [D.T.] was regressing, and frankly you know I think the whole

   team was being very frustrated by her regression and we were doing all of the

   therapies that were in her IEP and we were still seeing regression and I probably-

   I don't remember specifically that – I mean, I remember saying, I thought it

   would be a good idea. A.R.1, p. 42

1

3. Ms. Clark stated that she thought it was worth a try for D.T. to go to Active Healing. A.R.1, p. 42.

4. Brain patterning is method of helping the body move in a certain way to stimulate different patterns with in the brain that will help a child be more focused and attentive. A.R. 1, p. 73-74.

5. Brain patterning is very similar to using "brain gym" a method of crosspatternings. A.R.1, p. 86.

6. Amy Lombara had been employed by the Manchester Essex Regional School District as a contract physical therapist since September 2003. A.R. 1, p.105-106.

7. She worked with D.T. twice a week for an hour session each time during the school year 2003-2004. A.R.1, p. 108.

8. During the school year, D.T's ability to ambulate had some regression. D.T. would often just collapse into Ms. Lombara's arms. A.R. 1, p. 113-114.

9. Ms. Lombara admitted that the she adopted all of the therapeutic modalities for D.T. from the prior year, except brain patterning. A.R. 1, p. 119-120.

10. Prior to the current Special Education Director Mr. Mascola coming to work for the Manchester-Essex School District, D.T. had received services from Active Healing and other members of the school staff received training from the Active Healing program. A.R.1, p. 150-151.

11. Kathryn Cushna began working with D.T. at Active Healing in June 2002. A.R. 2, p. 5.

12. In September 2002, brain patterning was incorporated into D.T.'s school day twice a week for twenty minutes at a time. A.R. 2, p. 5-6.

2

13. During the school year of 2003-2004, neither brain patterning nor brain gym exercises were being done with D.T., although it had been done in 2002-2003. A.R.2, p.11-12, 29-30.

14. The student's licensed physical therapist, Amy Lombara, testified that she was unaware that D.T's neurologist supported D.T. obtaining light therapy and that the light therapy and flashing lights did not effect her seizure disorder. A.R. 1, p. 1121-123.

Dated: April 5, 2006                     Respectfully submitted,

                                         PATRICIA SPELLMAN

                                         By her attorney,

                                         /s/ Sharon D. Meyers

                                         Sharon D. Meyers
                                         BBO#344680
                                         Meyers & Welch
                                         70 Washington Street, Suite 402
                                         Salem, MA 01970
                                         (978) 745-0575


CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document has been served by first class mail to all attorneys of record, first class, postage prepaid.

Dated: April 6, 2006

                                         Sharon D. Meyers


3