UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MANCHESTER ESSEX REGIONAL SCHOOL DISTRICT SCHOOL COMMITTEE<br>Plaintiff<br><br>v.<br><br><br>BUREAU OF SPECIAL EDUCATION APPEALS of the MASSACHUSETTS DEPARTMENT OF EDUCATION, MASSACHUSETTS DEPARTMENT OF EDUCATION, and PATRICIA SPELLMAN as Parent and Next Friend of D.T.<br>Defendants | Civil Action No.<br>05-10922-NMG |

## PLAINTIFF'S MOTION TO STRIKE PATRICIA SPELLMAN'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND SUPPLEMENTAL STATEMENT OF FACTS

Now comes the Plaintiff, Manchester Essex Regional School District, pursuant to Rule 16(f) of the Federal Rules of Civil Procedure, and moves this Court to strike Defendant Patricia Spellman's Opposition to Plaintiff's Motion for Summary Judgment and Supplemental Statement of Facts in their entirety. As grounds therefore the Plaintiff states that Defendant Patricia Spellman's opposition was not filed within the time allowed by the Court's scheduling order. In the alternative, the Plaintiff, pursuant to 20 U.S.C.§1415(i)(2) and Rule 56 of the Federal Rules of Civil Procedure, moves this Court to strike portions of the Opposition that assert and argue facts not contained in the Administrative Record.

The Plaintiff submits the attached Memorandum of Law in Support of its Motion.

WHEREFORE the Plaintiff respectfully requests that this court grant its Motion and strike Defendant Patricia Spellman's Opposition and Supplemental Statement of Facts in its entirety. In the alternative, the Plaintiff respectfully requests that this Court strike the portions of the Opposition that assert and argue facts that are not contained in the Administrative Record.

Date: April 19, 2006

Respectfully submitted,

The Plaintiff,

Manchester Essex Regional School District

By its attorneys,

SULLIVAN & NUTTALL, P.C.

/s/ Thomas J. Nuttall

_____
Thomas J. Nuttall
BBO No.: 546940
1020 Plain Street, Suite 270
Marshfield, MA  02050
(781) 837-7428

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

Date: April 19, 2006

/s/Thomas J. Nuttall

_____
Thomas J. Nuttall