UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANCHESTER ESSEX REGIONAL SCHOOL )<br>DISTRICT SCHOOL COMMITTEE )<br>Plaintiff )<br> )<br>v. )<br> )<br> )<br> )<br>BUREAU OF SPECIAL EDUCATION )<br>APPEALS of the MASSACHUSETTS )<br>DEPARTMENT OF EDUCATION, )<br>MASSACHUSETTS DEPARTMENT )<br>OF EDUCATION, and PATRICIA SPELLMAN )<br>as Parent and Next Friend of D.T. )<br>Defendants )<br> ) | Civil Action No.<br>05-10922-NMG |

## PLAINTIFF'S MOTION FOR RECONSIDERATION

Now comes the Plaintiff, Manchester Essex Regional School District, and moves this Court to reconsider its Memorandum and Order dated September 27, 2006 on the Plaintiff's Motion for Summary Judgment. As grounds therefore the Plaintiff states that in ordering a jury trial, there was an apparent error of law in the application of the standard by which the Individuals with Disabilities Education Act (IDEA) cases are reviewed by federal courts. Respectfully, the Plaintiff requests that this court reconsider the Plaintiff's Motion for Summary Judgment under the proper standard. That standard was set forth in the Plaintiff's Motion for Summary Judgment and is more fully set forth and explained in the attached Memorandum of Law.

WHEREFORE the Plaintiff hereby renews its Motion for Summary Judgment and requests that this Court reconsider its Motion for Summary Judgment under the standard set forth in the attached Memorandum of Law.

Date: October 10, 2006

Respectfully submitted,

The Plaintiff,

Manchester Essex Regional School District

By its attorneys,

SULLIVAN & NUTTALL, P.C.

*/s/ Thomas J. Nuttall*
_____

Thomas J. Nuttall
BBO No.: 546940
1020 Plain Street, Suite 270
Marshfield, MA  02050
(781) 837-7428

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

Date: October 10, 2006

*/s/Thomas J. Nuttall*
_____

Thomas J. Nuttall