United States District Court
District of Massachusetts

|  |  |
|---|---|
| MANCHESTER-ESSEX REGIONAL SCHOOL )<br>DISTRICT SCHOOL COMMITTEE,        )<br>       Plaintiff,                )<br>                                 )<br>   v.                            )<br>                                 )<br>BUREAU OF SPECIAL EDUCATION      )<br>APPEALS OF THE MASSACHUSETTS     )<br>DEPARTMENT OF EDUCATION,         )<br>MASSACHUSETTS DEPARTMENT OF      )<br>EDUCATION, AND PATRICIA SPELLMAN )<br>AS PARENT AND NEXT FRIEND OF     )<br>D.T.,                            )<br>       Defendants.               )<br>                                 ) | Civil Action No.<br>05-10922-NMG |

ORDER

GORTON, J.

On September 27, 2006, this Court issued a Memorandum and Order denying a summary judgment motion by Plaintiff Manchester-Essex Regional School District School Committee ("School District") on the basis that there were genuine issues of material fact. On October 10, 2006, the School District filed a motion to reconsider.

According to the Plaintiff's motion to reconsider, the Court should not have applied the traditional standard but rather should have treated the summary judgment motion as an appeal from the administrative decision. It contended that, while the existence of genuine issues of dispute is ordinarily basis for

denying summary judgment, in the context of the Individuals with Disabilities Education Act (20 U.S.C. § 1400 et seq.), the Court should consider the hearing officer's findings on the basis of the administrative record. Upon review of the case law, the Court now concludes that the Plaintiff is correct.

The motion to reconsider (Docket No. 29) is, therefore, ALLOWED, and the Court will promptly proceed to decide the case on the basis of the administrative record.

The previously scheduled hearing on Plaintiff's motion is cancelled.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: December 18, 2006